IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHEMETCO SITE PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-179-SMY-SCW |
| | ) | |
| A SQUARE SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT WM MILLER SCRAP IRON & METAL WITHOUT PREJUDICE**

Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant WM Miller Scrap Iron & Metal from this cause without prejudice. WM Miller Scrap Iron & Metal has not filed an answer or motion for summary judgment in this cause.

Dated:   February 20, 2018         Respectfully submitted,

THE JUSTIS LAW FIRM LLC

/s/ Gary D. Justis
Gary D. Justis             admitted in S.D. Ill.
Rachel D. Guthrie          admitted in S.D. Ill
Matthew T. Merryman        admitted in S.D. Ill.
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone: (913) 955-3712
Facsimile:  (913) 955-3711
Email: gjustis@justislawfirm.com
          rguthrie@justislawfirm.com
          mmerryman@justislawfirm.com

ATTORNEYS FOR PLAINTIFF CHEMETCO SITE PRP GROUP

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant WM Miller Scrap Iron & Metal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis