IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHEMETCO SITE PRP GROUP,              )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )        Civil Action No. 18-179-SMY-SCW
                                      )
A SQUARE SYSTEMS, INC., et al.,       )
                                      )
        Defendants.                   )

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT PFEIFFER & SON, LTD. WITHOUT PREJUDICE**

Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Pfeiffer & Son, Ltd. from this

cause without prejudice. Pfeiffer & Son, Ltd. has not filed an answer or motion for summary

judgment in this cause.

Dated:   March 8, 2018          Respectfully submitted,

                                THE JUSTIS LAW FIRM LLC


                                /s/ Gary D. Justis
                                Gary D. Justis           admitted in S.D. Ill.
                                Rachel D. Guthrie         admitted in S.D. Ill.
                                Matthew T. Merryman       admitted in S.D. Ill.
                                10955 Lowell Ave.
                                Suite 520
                                Overland Park, KS  66210-2336
                                Telephone: (913) 955-3712
                                Facsimile:  (913) 955-3711
                                Email: gjustis@justislawfirm.com
                                       rguthrie@justislawfirm.com
                                       mmerryman@justislawfirm.com

                                ATTORNEYS FOR PLAINTIFF CHEMETCO
                                SITE PRP GROUP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Pfeiffer & Son, Ltd. without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis