IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHEMETCO SITE PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 18-179-SMY-SCW |
| A SQUARE SYSTEMS, INC., et al., | ) ) ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
MAGNETIC METALS CORPORATION WITH PREJUDICE**

Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Magnetic Metals Corporation from this cause with prejudice. Magnetic Metals Corporation has not filed an answer or motion for summary judgment in this cause.

Dated:   March 19, 2018                   Respectfully submitted,

                                          THE JUSTIS LAW FIRM LLC

                                          /s/ Rachel D. Guthrie
                                          Gary D. Justis              admitted in S.D. Ill.
                                          Rachel D. Guthrie           admitted in S.D. Ill.
                                          Matthew T. Merryman         admitted in S.D. Ill.
                                          10955 Lowell Ave.
                                          Suite 520
                                          Overland Park, KS  66210-2336
                                          Telephone: (913) 955-3712
                                          Facsimile:  (913) 955-3711
                                          Email: gjustis@justislawfirm.com
                                                 rguthrie@justislawfirm.com
                                                 mmerryman@justislawfirm.com

                                          ATTORNEYS FOR PLAINTIFF CHEMETCO
                                          SITE PRP GROUP

## CERTIFICATE OF SERVICE

    I hereby certify that on March 19, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Magnetic Metals Corporation with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

                                            /s/ Rachel D. Guthrie
                                            Rachel D. Guthrie