IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHEMETCO SITE PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-179-SMY-SCW |
| | ) | |
| A SQUARE SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
WEST END HIDE, FUR & METAL CO., INC. WITH PREJUDICE**

Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant West End Hide, Fur & Metal

Co., Inc. from this cause with prejudice. West End Hide, Fur & Metal Co., Inc. has not filed an

answer or motion for summary judgment in this cause.

Dated:   March 19, 2018

Respectfully submitted,

THE JUSTIS LAW FIRM LLC


/s/ Rachel D. Guthrie
| | |
|---|---|
| Gary D. Justis | admitted in S.D. Ill. |
| Rachel D. Guthrie | admitted in S.D. Ill. |
| Matthew T. Merryman | admitted in S.D. Ill. |

10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone: (913) 955-3712
Facsimile:  (913) 955-3711
Email: gjustis@justislawfirm.com
        rguthrie@justislawfirm.com
        mmerryman@justislawfirm.com

ATTORNEYS FOR PLAINTIFF CHEMETCO
SITE PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant West End Hide, Fur & Metal Co., Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Rachel D. Guthrie
Rachel D. Guthrie