**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CHEMETCO SITE PRP GROUP, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 3:18-CV-00179 |
| | ) | |
| VS. | ) | |
| | ) | |
| A SQUARE SYSTEMS, INC; *et al*, | ) | |
| | ) | |
| Defendant | ) | |

**ANSWER**

The Defendant, A&J Salvage, in response to the Complaint filed on behalf of the Plaintiff, would respectfully respond as follows:

1.      As an affirmative defense to the Plaintiff's Complaint, A&J Salvage would respectfully submit it is a Tennessee LLC and not subject to the jurisdiction of the Illinois District Court for the Southern District of Illinois.

2.      As an affirmative defense to the Plaintiff's Complaint, the Defendant would respectfully state that the Plaintiff's claims are barred by all applicable statutes of limitations. According to the Plaintiff's allegations, the Defendant allegedly sold seventy-three (73) pounds of scrap material to Chemetco in 1989.

3.      As an additional affirmative defense to the Plaintiff's Complaint, the Defendant would respectfully state that the original owner and members of said company from 1989 have

long since retired and sold the company to its present owner who assumed no responsibility or liability for the previous actions of its owners/members.

4.      In response to the specific paragraphs in the Plaintiff's Complaint concerning Defendant A&J Salvage (paragraphs 147–148), Defendant A&J Salvage denies that it ever sold or contributed any materials to the Chemetco Site. Further, if any materials were purchased from A & J Salvage, said materials would not have contained hazardous substances.

5.      All other allegations in the Plaintiff's Complaint are denied.

WHEREFORE, now having fully responded to the Plaintiff's Complaint, Defendant A & J Salvage respectfully moves that it be dismissed as a Defendant in this matter.

Respectfully submitted this the _____4th_____ day of April, 2018.

A & J SALVAGE

BY:_____

       Jock Johnson, President

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Answer* has been forwarded via United States Postal Service First-Class Mail, postage prepaid, to the following:

> Rachel Guthrie
> The Justis Law Firm
> 10955 Lowell Avenue, Suite 520
> Overland Park, Kansas   66210-2336

On this the _4th_ day of April, 2018.

_____
Jock Johnson, President of A & J Salvage

A&J Salvage
1297 US-51
Union City, Tennessee 38261

TN 380
04 APR '18
PM 4 3



02 1P            $ 000.47⁰
0001958803   APR 04 2018
MAILED FROM ZIP CODE 38261



Southern District of Illinois
United States District Court
301 West Main Street
Benton, Illinois 62812

62812-136201

RECEIVED

APR 0 9 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE