IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHEMETCO SITE PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-179-SMY-SCW |
| ) | |
| A SQUARE SYSTEMS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**MARCO INTERNATIONAL CORPORATION WITH PREJUDICE**

Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Marco International Corporation from this cause with prejudice. Marco International Corporation has not filed an answer or motion for summary judgment in this cause.

Dated:   April 16, 2018         Respectfully submitted,

THE JUSTIS LAW FIRM LLC

/s/ Gary D. Justis
Gary D. Justis              admitted in S.D. Ill.
Rachel D. Guthrie           admitted in S.D. Ill.
Matthew T. Merryman         admitted in S.D. Ill.
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone: (913) 955-3712
Facsimile:  (913) 955-3711
Email: gjustis@justislawfirm.com
         rguthrie@justislawfirm.com
         mmerryman@justislawfirm.com

ATTORNEYS FOR PLAINTIFF CHEMETCO
SITE PRP GROUP

## CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Marco International Corporation with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

      /s/ Gary D. Justis
      Gary D. Justis