IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHEMETCO SITE PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-179-SMY-SCW |
| | ) | |
| A SQUARE SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT ACQUISITION SCRAP METALS WITH PREJUDICE**

Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Acquisition Scrap Metals from

this cause with prejudice. Acquisition Scrap Metals has not filed an answer or motion for

summary judgment in this cause.

Dated:   April 20, 2018          Respectfully submitted,

                              THE JUSTIS LAW FIRM LLC


                              /s/ Gary D. Justis
                              Gary D. Justis          admitted in S.D. Ill.
                              Rachel D. Guthrie        admitted in S.D. Ill.
                              Matthew T. Merryman      admitted in S.D. Ill.
                              10955 Lowell Ave.
                              Suite 520
                              Overland Park, KS  66210-2336
                              Telephone: (913) 955-3712
                              Facsimile:  (913) 955-3711
                              Email: gjustis@justislawfirm.com
                                      rguthrie@justislawfirm.com
                                      mmerryman@justislawfirm.com

                              ATTORNEYS FOR PLAINTIFF CHEMETCO
                              SITE PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Acquisition Scrap Metals with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis