IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHEMETCO SITE PRP GROUP,                    )
                                            )
              Plaintiff,                     )
                                            )
       v.                                   )        Civil Action No. 18-179-SMY-SCW
                                            )
A SQUARE SYSTEMS, INC., et al.,             )
                                            )
              Defendants.                   )

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FORT WAYNE
METALS RESEARCH PRODUCTS CORPORATION WITHOUT PREJUDICE**

       Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Fort Wayne Metals Research

Products Corporation from this cause without prejudice. Fort Wayne Metals Research Products

Corporation has not filed an answer or motion for summary judgment in this cause.

Dated:    April 20, 2018                     Respectfully submitted,

                                            THE JUSTIS LAW FIRM LLC


                                            /s/ Gary D. Justis
                                            Gary D. Justis          admitted in S.D. Ill.
                                            Rachel D. Guthrie       admitted in S.D. Ill.
                                            Matthew T. Merryman     admitted in S.D. Ill.
                                            10955 Lowell Ave.
                                            Suite 520
                                            Overland Park, KS  66210-2336
                                            Telephone: (913) 955-3712
                                            Facsimile:  (913) 955-3711
                                            Email: gjustis@justislawfirm.com
                                                   rguthrie@justislawfirm.com
                                                   mmerryman@justislawfirm.com

                                            ATTORNEYS FOR PLAINTIFF CHEMETCO
                                            SITE PRP GROUP

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Fort Wayne Metals Research Products Corporation without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis