IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHEMETCO SITE PRP GROUP,                          )
                                                  )
                    Plaintiff,                    )
                                                  )
          v.                                      )      Civil Action No. 18-179-SMY-SCW
                                                  )
A SQUARE SYSTEMS, INC., et al.,                   )
                                                  )
                    Defendants.                   )

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT PONTIAC COIL, INC. WITH PREJUDICE**

Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Pontiac Coil, Inc. from this

cause with prejudice. Pontiac Coil, Inc. has not filed an answer or motion for summary judgment

in this cause.

Dated:    April 20, 2018              Respectfully submitted,

                                      THE JUSTIS LAW FIRM LLC


                                      /s/ Gary D. Justis
                                      Gary D. Justis          admitted in S.D. Ill.
                                      Rachel D. Guthrie        admitted in S.D. Ill.
                                      Matthew T. Merryman       admitted in S.D. Ill.
                                      10955 Lowell Ave.
                                      Suite 520
                                      Overland Park, KS  66210-2336
                                      Telephone: (913) 955-3712
                                      Facsimile:  (913) 955-3711
                                      Email: gjustis@justislawfirm.com
                                             rguthrie@justislawfirm.com
                                             mmerryman@justislawfirm.com

                                      ATTORNEYS FOR PLAINTIFF CHEMETCO
                                      SITE PRP GROUP

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 20, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Pontiac Coil, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis