IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHEMETCO SITE PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-179-SMY-SCW |
| | ) | |
| A SQUARE SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT SIMTAX, INC. WITHOUT PREJUDICE**

Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Simtax, Inc. from this cause

without prejudice. Simtax, Inc. has not filed an answer or motion for summary judgment in this

cause.

Dated:   April 20, 2018                 Respectfully submitted,

                                        THE JUSTIS LAW FIRM LLC


                                        /s/ Gary D. Justis
                                        Gary D. Justis          admitted in S.D. Ill.
                                        Rachel D. Guthrie        admitted in S.D. Ill.
                                        Matthew T. Merryman       admitted in S.D. Ill.
                                        10955 Lowell Ave.
                                        Suite 520
                                        Overland Park, KS  66210-2336
                                        Telephone: (913) 955-3712
                                        Facsimile:  (913) 955-3711
                                        Email: gjustis@justislawfirm.com
                                              rguthrie@justislawfirm.com
                                              mmerryman@justislawfirm.com

                                        ATTORNEYS FOR PLAINTIFF CHEMETCO
                                        SITE PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Simtax, Inc. without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis