IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHEMETCO SITE PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-179-SMY-SCW |
| | ) | |
| A SQUARE SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT WELLER AUTO PARTS, INC. WITH PREJUDICE**

Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Weller Auto Parts, Inc. from this

cause with prejudice. Weller Auto Parts, Inc. has not filed an answer or motion for summary

judgment in this cause.

Dated:    April 20, 2018          Respectfully submitted,

THE JUSTIS LAW FIRM LLC


/s/ Gary D. Justis
Gary D. Justis             admitted in S.D. Ill.
Rachel D. Guthrie          admitted in S.D. Ill.
Matthew T. Merryman        admitted in S.D. Ill.
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone: (913) 955-3712
Facsimile:  (913) 955-3711
Email: gjustis@justislawfirm.com
       rguthrie@justislawfirm.com
       mmerryman@justislawfirm.com

ATTORNEYS FOR PLAINTIFF CHEMETCO
SITE PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Weller Auto Parts, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis