IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHEMETCO SITE PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-179-SMY-SCW |
| | ) | |
| A SQUARE SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT LIGHTING RESOURCES LLC WITH PREJUDICE**

Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Lighting Resources LLC from

this cause with prejudice. Lighting Resources LLC has not filed an answer or motion for

summary judgment in this cause.

Dated:   April 30, 2018                    Respectfully submitted,

THE JUSTIS LAW FIRM LLC


/s/ Rachel D. Guthrie
Gary D. Justis                    admitted in S.D. Ill.
Rachel D. Guthrie                 admitted in S.D. Ill.
Matthew T. Merryman               admitted in S.D. Ill.
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone: (913) 955-3712
Facsimile:  (913) 955-3711
Email: gjustis@justislawfirm.com
          rguthrie@justislawfirm.com
          mmerryman@justislawfirm.com

ATTORNEYS FOR PLAINTIFF CHEMETCO
SITE PRP GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Lighting Resources LLC with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Rachel D. Guthrie
Rachel D. Guthrie

2