IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHEMETCO SITE PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 18-179-SMY-SCW |
| A SQUARE SYSTEMS, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT BORCHERS AMERICAS INC. WITH PREJUDICE

Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Borchers Americas Inc. from this cause with prejudice. Borchers Americas Inc. has not filed an answer or motion for summary judgment in this cause.

Dated:   August 9, 2018             Respectfully submitted,

                                    THE JUSTIS LAW FIRM LLC

                                    /s/ Rachel D. Guthrie
                                    Gary D. Justis           admitted in S.D. Ill.
                                    Rachel D. Guthrie        admitted in S.D. Ill.
                                    Matthew T. Merryman      admitted in S.D. Ill.
                                    10955 Lowell Ave.
                                    Suite 520
                                    Overland Park, KS  66210-2336
                                    Telephone: (913) 955-3712
                                    Facsimile:  (913) 955-3711
                                    Email: gjustis@justislawfirm.com
                                           rguthrie@justislawfirm.com
                                           mmerryman@justislawfirm.com

                                    ATTORNEYS FOR PLAINTIFF CHEMETCO
                                    SITE PRP GROUP

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Borchers Americas Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Rachel D. Guthrie
Rachel D. Guthrie