IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHEMETCO SITE PRP GROUP,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>A SQUARE SYSTEMS, INC., et al.,  )<br>  )<br>Defendants.  )  | Civil Action No. 18-179-SMY-GCS |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT CME WIRE & CABLE, INC. WITH PREJUDICE**

Plaintiff Chemetco Site PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant CME Wire & Cable, Inc. from this cause with prejudice. CME Wire & Cable, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated:   February 12, 2019            Respectfully submitted,

THE JUSTIS LAW FIRM LLC

/s/ Gary D. Justis
Gary D. Justis                admitted in S.D. Ill.
Rachel D. Guthrie             admitted in S.D. Ill.
Matthew T. Merryman           admitted in S.D. Ill.
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone: (913) 955-3712
Facsimile:  (913) 955-3711
Email: gjustis@justislawfirm.com
       rguthrie@justislawfirm.com
       mmerryman@justislawfirm.com

ATTORNEYS FOR PLAINTIFF CHEMETCO
SITE PRP GROUP

2

## CERTIFICATE OF SERVICE

    I hereby certify that on February 12, 2019, a copy of the foregoing Notice of Voluntary Dismissal of Defendant CME Wire & Cable, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

                                        /s/ Gary D. Justis
                                        Gary D. Justis