IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHEMETCO SITE PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-179-SMY-GCS |
| | ) | |
| A SQUARE SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
ALL REMAINING DEFENDANTS WITHOUT PREJUDICE**

Plaintiff Chemetco Site PRP Group ("Plaintiff"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses all remaining Defendants from this cause without prejudice.

The last Order issued by the Court with respect to previous voluntary dismissal notices of Defendants filed by Plaintiff was issued on February 25, 2019, which covered Plaintiff's voluntary dismissal notices of Defendants filed through Doc. 1069. *See* Feb. 25, 2019 Court Order (Doc. 1387). Currently pending before the Court are 483 voluntary dismissal notices of Defendants filed after Doc. 1069. *See* Doc. 1070-1128, 1130-1150, 1152-1237, 1239-1281, 1284-1354, 1359-1370, 1372-1374, 1376-1386, 1388-1559, and 1565-1569. This Notice of Voluntary Dismissal without prejudice is intended to cover all Defendants that have not already been voluntarily dismissed by Plaintiff in this cause through Doc. 1569.

No remaining defendant has filed a valid answer or motion for summary judgment in this cause. Two defendants that were never served by Plaintiff, Defendant A&J Salvage on April 8, 2018 (Doc. 57) and Defendant Alpha Equipment on May 14, 2018 (Doc. 294), filed *pro se* Answers to Plaintiff's Complaint during the current Court-ordered Stay which ends on March 1,

2019 (Doc. 9). Plaintiff respectfully submits these Answers are invalid since they were filed in violation of the Court-ordered Stay, but more fundamentally, since they were filed *pro se* and a business entity cannot appear or litigate in federal court *pro se* without an attorney. *See, e.g., U.S. v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008) (*citing Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1427 (7th Cir. 1985)). However, if the Court determines that Plaintiff must file a different pleading to voluntarily dismiss Defendants A&J Salvage and Alpha Equipment without prejudice because they filed *pro se* Answers, then Plaintiff respectfully requests that this Notice of Voluntary Dismissal operate to dismiss all other remaining Defendants in this cause not already voluntarily dismissed by Plaintiff through Doc. 1569.

Again, to be clear, this is Plaintiff's Notice of Voluntary Dismissal of all remaining Defendants in this cause **without** prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff will continue its efforts to retrieve information from Chemetco, Inc.'s WANG-based computer storage devices, and will continue to try to settle with as many potentially responsible parties ("PRPs") at the Chemetco Site in a non-litigation setting. Since this is the first Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) of such remaining Defendants, it does not operate as an adjudication on the merits of Plaintiff's claims in its Complaint or at the Chemetco Site against such remaining Defendants. *See* Fed. R. Civ. P. 41(a)(1)(B). Plaintiff anticipates it will be filing a separate lawsuit in the future against those PRPs that refuse to cooperate with U.S. EPA or Plaintiff with respect to the past and future response cost activities at the Chemetco Site, after Plaintiff completes its work with the historical Chemetco, Inc. WANG-based computer storage devices and attempts to settle with all remaining PRPs in a non-litigation setting.

Dated: February 28, 2019

Respectfully submitted,

THE JUSTIS LAW FIRM LLC

/s/ Gary D. Justis
Gary D. Justis                admitted in S.D. Ill.
Rachel D. Guthrie             admitted in S.D. Ill.
Matthew T. Merryman           admitted in S.D. Ill.
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3712
Facsimile: (913) 955-3711
Email: gjustis@justislawfirm.com
       rguthrie@justislawfirm.com
       mmerryman@justislawfirm.com

ATTORNEYS FOR PLAINTIFF CHEMETCO SITE PRP GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2019, a copy of the foregoing Plaintiff's Notice of Voluntary Dismissal of All Remaining Defendants Without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis