IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| CHEMTCO SITE PRP GROUP, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 18-CV-179-SMY-GCS |
|  | ) |  |
| A SQUARE SYSTEMS, INC., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

### JUDGMENT IN A CIVIL ACTION

The Court having been advised by the parties that the Plaintiff's claims have been settled or otherwise dismissed with prejudice as to the defendants identified below, judgment is hereby entered as follows:

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED with prejudice** as to the following Defendants:

| Date of Order | Order Number | Defendants Dismissed with Prejudice |
|---|---|---|
| 04/02/2018 | 36 | C&D Technologies, Inc (Doc. 14), Magnetic Metals Corporation (Doc. 16), West End Hide, Fur & MetalCo., Inc. (Doc. 17), AAA Auto Parts (Doc. 21), Westech Recyclers International Group, LLC d/b/a Westech Recyclers (Doc. 22), Action Iron & Metal, Inc. (Doc. 24), John C. Kupferle Foundry Co. (Doc. 27), The Okonite Company (Doc. 28), L3 Technologies, Inc. (Doc. 29), Pettits Auto Parts & Recycling, Inc. (Doc. 30), Fusselman Salvage (Doc. 31) and Able Alloy, Inc. (Doc. 33) |
| 04/03/2018 | 41 | PVS Nolwood, Inc (Doc. 38) and Samtec Inc. d/b/a Samtec USA (Doc. 39) |
| 4/06/2018 | 51 | A-Reliable Auto Parts &Wreckers, Inc. d/b/a LKQ A-Reliable (Doc. 47), Mueller Systems, LLC (Doc. 48), Muskegon Rag & Metal Co. (Doc. 49) and Saia-Burgess AutomotiveActuators LLC d/b/a Johnson Electric (Doc. 50) |
| 04/17/2018 | 129 | Kawabata American Incorporated (Doc. 58), Jayben Scrap Metal Co., Inc. (Doc. 59), Resources Alloys and Metals, Inc. (Doc. 60), Hickman, Williams & Company (Doc. 61), Norco Feed and Recycling (Doc. 62), Penn Metal Stamping, Inc. (Doc. 63), Arric |

|  |  |  |
|---|---|---|
|  |  | Corporation d/b/a Removable Insulation Covers (Doc. 64), Beckett Bronze Company, Inc. (Doc. 65), Butler-MacDonald, Inc. (Doc. 66), City of Iowa City, Iowa (Doc. 67), Encore Wire Corporation (Doc. 68), George W. Groeling & Sons Salvage, Inc. (Doc. 69), Nexans Magnet Wire USA Inc. (Doc. 70), Public Utility District No. 1 of Clark County (Doc. 71), RJG Inc. (Doc. 72), Specialty Chemical Systems, Inc. (Doc. 73), Sprint Corporation (Doc. 74), Amalgamet Inc. (Doc. 75), Mack's Twin City Recycling, Inc. (Doc. 76), and United DMS of Tennessee, LLC (Doc. 77) |
| 04/18/2018 | 143 | A Street Scrap (Doc. 78), American Car Crushing Inc. (Doc. 79), David H. Fell & Co., Inc. (Doc. 80), DENSO Manufacturing Tennessee, Inc. (Doc. 81), Freeway Corporation (Doc. 82), Gaby Iron and Metal Co. (Doc. 83), Metropolitan Domestic Water Improvement District (Doc. 84), Moskowitz Bros., Inc. (Doc. 85), Nevco, Inc. (Doc. 86), Orlando Waste Paper Co. (Doc. 87), S. Johnson & Sons Inc. (Doc. 89), Spectrum Control Inc. (Doc. 90), Tennessee Valley Recycling LLC (Doc. 91), Weiser Recycling, Inc. (Doc. 92), XCerra Corporation d/b/a Everett Charles Technology (Doc. 93), Richmond Industries, Inc. (Doc. 94), Bridgewater Recycling, Inc. (Doc. 95), City of Florissant, Missouri (Doc. 96), Cycle Systems, Inc. (Doc. 97), and Vandalia Electric Motor Service, Inc. (Doc. 98) |
| 04/20/2018 | 154 | A&A Iron (Doc. 99), American Wire & Cable Company (Doc. 100), Bel Fuse Inc. d/b/a Stewart Connector Systems, Inc. (Doc. 101), Belmont Abbey College (Doc. 102), Calumet Brass Foundry, Inc. (Doc. 103), Electroplated Wire Corp (Doc. 104), Envirolight and Disposal, Inc. (Doc. 105), Fisk Alloy, Inc. (Doc. 106), Gaston Used Auto Parts & Recycling (Doc. 107), Heartland Metals, Inc. (Doc. 108), Indiana Metal Craft, Inc. (Doc. 109), Intra American Metals Inc. d/b/a Intrametco (Doc. 110), J&J Auto Salvage, Inc. (Doc. 111), Lincoln Recycling, Inc. (Doc. 112), Marco International Corporation (Doc. 113), Mark Baker Core Supply (Doc. 114), Metering Services Inc. (Doc. 115), Micro Metals, Inc. (Doc. 116), Mid-West Fabricating Co. (Doc. 117), MRK Group, Ltd. (Doc. 118), and OBRON Atlantic Corporation (Doc. 119) |
| 04/20/2018 | 155 | Paul W. Zimmerman Foundries Company (Doc. 120), Regal Finance, Inc. (Doc. 121), Roman Manufacturing, Inc. (Doc. 122), Safeway, Inc. (Doc. 123), Sea Technologies, Inc. (Doc. 124), Space Age Metal (Doc. 125), State Paper & Metal Co., Inc. (Doc. 126), United Metal Traders, Inc. (Doc. 127), Walker Metallurgical Corporation (Doc. 128), Altech Metals, Inc. (Doc. 130), Dolphin, Incorporated (Doc. 131), ITT Inc. d/b/a Goulds Pump Inc. (Doc. 132), J.W. Harris Co., Inc. (Doc. 133), TDY Industries, LLC (Doc. 134), A-Line EDS, Inc. (Doc. 135), Central Steel and Wire Company (Doc. 136), Dana Kepner Company, Inc. (Doc. 137), Groov-Pin Corp. (Doc. 138), Rexnord Corporation (Doc. 139), Meeker Sales |

| | | |
|---|---|---|
| | | Corp. (Doc. 140), The Fall River Group, Inc. (Doc. 141) and Recla Metals, L.L.L.P. (Doc. 142) |
| 04/30/2018 | 209 | Acquisition Scrap Metals (Doc. 144), Bob Brooks Motor Company d/b/a Precision Parts & Remanufacturing (Doc. 145), City of Kenosha, Wisconsin (Doc. 146), Engineered Coil Company d/b/a DHS Marlo Coil (Doc. 147), Fort Wayne Metals Research Products Corporation (Doc. 148), Kollmorgen Corporation (Doc. 149), Pontiac Coil, Inc. (Doc. 151), Weller Auto Parts, Inc. (Doc. 153), Adams & Westlake Ltd. (Doc. 156), AFC Cable Systems, Inc. (Doc. 157), Central States Refining Co., Inc. (Doc. 158), The Chicago Faucet Company (Doc. 159), D.H. Griffin Wrecking Co., Inc. (Doc. 161), DeNaples Auto Parts, Inc. (Doc. 162), A-1 Recycling, Inc. (Doc. 163), CME Arma Incorporated (Doc. 164), Decco Alloys Inc. (Doc. 165), Dixie Electro Mechanical Services, Inc. (Doc. 166), Ferguson Enterprises Inc. (Doc. 167), Key Tronic Corporation (Doc. 168), Livingston Pecan and Metal Company, Inc. (Doc. 169), Ostroms Auto Parts (Doc. 170), Recyclers -R- Resources, Inc. (Doc. 171), Winchester Electronics Corp. (Doc. 172), Wurth Electronics Midcom Inc. (Doc. 173), Amarillo Recycling Company, Inc. (Doc. 175), Burns Iron & Metal Co. Inc. (Doc. 176), City of Ottumwa, Iowa (Doc. 177), City Scrap Metal, Inc. (Doc. 178), Coyne & Delany Company (Doc. 179), Emerald Coast Utilities Authority (Doc. 180), Hess and Sons Salvage, Inc. (Doc. 181), Longhorn Recycling, L.P.(Doc. 182), Panduit Corp. (Doc. 183), Forklifts N More (Doc. 184), Wood Brothers Steel Stamping Co. (Doc. 185), Beacon Metal Company, Inc. (Doc. 187), Brian H. Smith Demolition and Dismantling Inc. d/b/a Northwest Demolition and Dismantling (Doc. 188), General Bearing Corporation (Doc. 189), Lee County Electric Cooperative, Inc. (Doc. 190), Strauss Industries, Inc. (Doc. 191), TSK Partners, Inc. d/b/a Erie Bronze Aluminum Co. (Doc. 192), WESCO Distribution, Inc. (Doc. 193), Alan Wire Company (Doc. 197), All Scrap Recycling, LLC (Doc. 198), Dura-Bond Steel Corp. (Doc. 199), Fort Recovery Industries, Inc. (Doc. 200), L.H. Industries Corp. (Doc. 201), Republic Metals Corporation (Doc. 202), Stoneridge, Inc. (Doc. 203), Texas Instruments Incorporated (Doc. 204) and Lighting Resources LLC (Doc. 208) |
| 05/08/2018 | 271 | Abco Metal Corp. (Doc. 211), Allied Universal Corp. (Doc. 212), Audubon Metals LLC (Doc. 213), Buds Iron & Metal (Doc. 214), Bushs Recycling, Inc. d/b/a Bushs Recycling Center (Doc. 215), Cherokee Fur Incorporated (Doc. 216), City of Irving, Texas (Doc. 217), City of La Marque, Texas (Doc. 218), Columbus Scrap Material Company, Inc. (Doc. 219), Deutsche Nickel America, Inc. (Doc. 220), Freebird Enterprises, L.L.C. d/b/a Eagle Auto & Truck Parts (Doc. 221), Fritz Enterprises of Flint, LLC (Doc. 222), G&G Machine & Maintenance, Inc. (Doc. 223), H&L Performance Works, Inc. d/b/a Eagle Auto & Truck Works (Doc. 224), Industrial |

| | | |
|---|---|---|
| | | Metal Enterprise, Inc. (Doc. 225), Joe Krentzman & Son, Inc. (Doc. 226), Major Metals Corp. d/b/a Equitable Metals Company (Doc. 227), Manufacturers Brass and Aluminum Foundry, Inc. (Doc. 228), Putnam Plastics Corporation (Doc. 229), Southern Recycling (Doc. 230), Thompson Metal Services, Inc. (Doc. 231), United Brass Manufacturers, Inc. (Doc. 232), Vertical Seal Company (Doc. 233), Milward Alloys, Inc. (Doc. 234), Robertson Transformer Co. d/b/a Robertson Worldwide (Doc. 235), Board of Water Works of Pueblo, Colorado (Doc. 236), Neu Brothers Holdings, Inc. (Doc. 237), Nexans Energy USA, Inc. (Doc. 238), M Bloch & Co., Inc. d/b/a Bloch Steel Industries (Doc. 239), IDEAL Fastener Corporation (Doc. 240), A&P Recycling Co. Inc. (Doc. 241), Victory Auto Wreckers, Inc. (Doc. 242), Dahl & Groezinger, Inc. (Doc. 243), New England Electric Wire Corporation (Doc. 245), Materion Brush Inc. (Doc. 246), Campbell Technological Resources, Inc. (Doc. 247), Powerline Scrap Metal, Inc. (Doc. 248), J. Kuhl Metals Co. Inc. (Doc. 249), Entergy Texas, Inc. (Doc. 251), Johnsons Metal Recyclers, Inc. (Doc. 252), Southwire Company, LLC (Doc. 253), Fortune Metal, Inc. of Rhode Island (Doc. 255), Defendant DeKalb Iron and Metal Co. (Doc. 256), Phillips Iron & Metal Inc. (Doc. 257), Metro Alloys Inc. (Doc. 258), Anheuser-Busch Recycling Corporation (Doc. 260), C&M Metals, Inc. (Doc. 261), City of Arlington, Texas (Doc. 262), East Bay Municipal Utility District (Doc. 263), ELG Utica Alloys, Inc. (Doc. 264), Western Smelting & Metals Inc. (Doc. 265), Blue Recycling, Inc. (Doc. 266), Catskill Communications, Inc. (Doc. 267), Seattle Iron & Metals Corporation (Doc. 268), Wilkoff & Sons LLC (Doc. 269) and Lee Iron and Metal Company, Inc. (Doc. 270) |
| 05/23/2018 | 354 | Fritz Enterprises, Inc. (Doc. 272), Magnolia Metal Corporation (Doc. 275), Miller Company (Doc. 276), Rons Autowrecking (Doc. 277), Salt River Project Agricultural Improvement and Power District (Doc. 278), Gregs Core Supply, Inc. (Doc. 280), Haynes Auto Parts (Doc. 281), Southern Scrap (Doc. 282), Trippe Manufacturing Company d/b/a Tripp Lite (Doc. 283), Visteon Corporation (Doc. 284), General Alloys, Inc. (Doc. 286), Fisher Manufacturing Co. (Doc. 287), Kimmel Scrap Iron & Metal Co. (Doc. 288), Mid-America Paper Recycling Co., Inc. (Doc. 289), S&Z Mac, Inc. d/b/a Coastal Metal Recycling (Doc. 290), Sanmina Corporation (Doc. 291), Versatile Metals, Inc. (Doc. 292), WesTex Iron & Metal Company (Doc. 293), ASM Recycling, Inc. (Doc. 295), Belmont Metals Inc. (Doc. 296), City of Charlotte, North Carolina (Doc. 297), Columbia Iron (Doc. 298), Electrical Rebuilders Sales, Inc. d/b/a Vapex Vernon Auto Parts Exchange (Doc. 299), Ideal Metal & Salvage Co. (Doc. 300), Key Services, Inc. (Doc. 301), Mankato Iron & Metal, Inc. (Doc. 302), Alphega, Inc. (Doc. 303), Arrow Tool & Stamping Co. (Doc. 304), Atlantic |

| | | |
|---|---|---|
| | | Metals and Alloys (Doc. 305), C&R Metals, Inc. (Doc. 306), Electrical Maintenance and Testing, Inc. d/b/a OCRs (Doc. 307), Heyworth Plumbing, Inc. (Doc. 308), Lewinsky Iron (Doc. 309), M. J. Metals, Inc. (Doc. 310), Mitchell Public Water District (Doc. 311), Town of Gilbert, Arizona (Doc. 312), Belleville Recycling, Inc. (Doc. 313]), Barry Iron & Metal (Doc. 314), Berry Iron (Doc. 315), Bristol Metal (Doc. 316), Central Kansas (Doc. 317), City of Chandler, Arizona (Doc. 318), City Paper & Metal, Co., Inc. (Doc. 319), Communications Hardware, Inc. (Doc. 320), Huntington Ingalls Incorporated (Doc. 321), Intersteel, Inc. (Doc. 322), Jantz Auto Sales, Inc. (Doc. 323), Kelley Foundry & Machine Company (Doc. 324), The Motor Control Center, LLC (Doc. 325), Duke Energy Carolinas, LLC (Doc. 326), International Recycling Company (Doc. 327), TMS International Corporation (Doc. 328), Vishay Dale Electronics, LLC (Doc. 329), Aluminum Recycling (Doc. 331), Baileys Scrap (Doc. 332), City of Avondale, Arizona (Doc. 333), Sprigg Lane Investment Corporation (Doc. 334), Amerifast Corporation (Doc. 335), Concast Metal Products Co. (Doc. 336), Cooper Foundry, Inc. (Doc. 337), Coronas Auto Parts, Incorporated (Doc. 338), Foothills Sanitation & Recycling, Inc. (Doc. 339), Napuck Salvage and Supply, LLC (Doc. 340), North Shore Supply Company, Inc. (Doc. 341), North Shore Steel (Doc. 342), Onstate Recycling, Inc. (Doc. 343), Barkers Junk (Doc. 344), City of Glendale, California (Doc. 345), Legend Smelting and Recycling, Inc. (Doc. 346), W. Silver Recycling, Inc. (Doc. 347), City of Roanoke, Virginia (Doc. 349), Owl Wire & Cable Corp. (Doc. 350) and Madison Metals (Doc. 352) |
| 06/04/2018 | 382 | Bestway Recycling Co. (Doc. 355), Cerro Wire LLC (Doc. 356), City Salvage 1 Inc. (Doc. 357), Honigman Recycling Corp. (Doc. 358), Medders Auto Core Supply Inc. (Doc. 359), Armys (Doc. 360), Arundel Recycling Center (Doc. 361), Dons Scrap Metal (Doc. 362), M. Gervich & Sons, Inc. (Doc. 363), Globe Technologies Corporation (Doc. 364), Panasonic Corporation of North America (Doc. 365), Hodes Industries (Doc. 366), A&A Iron & Metal Inc. (Doc. 367), AS America, Inc. d/b/a American Standard Brands (Doc. 368), Briggs & Heino Plumbing & Heating Co., Inc. (Doc. 369), City of Inglewood, California (Doc. 370), Goulding Scrap (Doc. 371), Inglett Equipment, Inc. (Doc. 372), Kimble Electric (Doc. 373), Kimball Electronics, Inc. (Doc. 374), M. Glosser & Sons, Inc. (Doc. 375), Paris Iron & Metal Co., Inc. (Doc. 376), San Antonio Water System (Doc. 377), State Metal Industries (Doc. 378), Union Pacific Railroad Co. (Doc. 379), Babs Foundry, Inc. (Doc. 380) and Federal Cartridge (Doc. 381) |
| 06/15/2018 | 442 | Can Land Recycling (Doc. 383), Dekoron Wire & Cable, LLC (Doc. 384), Giant Automotive Products Inc. (Doc. 385), Aegion Corporation (Doc 386), Hunter-Douglas (Doc. 387), International |

|  |  |  |
|---|---|---|
|  |  | Scrap Iron & Metal Co. Inc. (Doc. 388), Kalman W. Abrams Metals, Inc. (Doc. 389), H. Masser Company (Doc. 390), Max Levine & Co. (Doc. 391), Rvrr Enterprises, Inc. d/b/a Saw Mill Auto Scrap Metal Processors, Inc. Wreckers (Doc. 392), Scrap Metal Processors, Inc.(Doc. 393), Simflo Pumps, Inc. (Doc. 394), Sulphur Springs (Doc. 395), Temple Metal (Doc. 396), Joseph Freedman Co. (Doc. 397), Powercom Services (Doc. 398), Elkins Iron (Doc. 399), Mahle Inc. (Doc. 400), Exotech, Inc. (Doc. 401), Southern Electric Service Company, Inc. d/b/a TEAMSESCO (Doc. 402), Cal Chem Metals, Inc. (Doc. 403), Albuquerque Metal Recycling (Doc. 404), Acme Iron & Metal (Doc. 405), Kovalchick Salvage Co. (Doc. 406), Dongbu Daewoo Electronics America Inc. (Doc. 407), Custom Stamping (Doc. 408), Chicago West (Doc. 409), Thomas & Betts Corporation (Doc. 410), Universal Scrap Metals, Inc. (Doc. 411), Bay Area Recycling (Doc. 412), City of Tampa, Florida (Doc. 413), Davis-Standard LLC (Doc. 414), AA 1 Auto Wrecking (Doc. 415), Corning, Inc. (Doc. 416), AFG Industries (Doc. 417), Recycleable Inc. (Doc. 418), City of Snyder, Texas (Doc. 419), Meyer-Saba Metal (Doc. 420), Skees Metals Inc. (Doc. 425), Mandel Metals, Inc. d/b/a U.S. Standard Sign Company (Doc. 426), Sabel Industries, Inc. (Doc. 427), Conn-Selmer, Inc. (Doc. 428), General Scrap (Doc. 429), Monroe Iron & Metal Company, Inc. d/b/a Auto Shred of Louisiana (Doc. 430), Heyco Metals, Inc. (Doc. 431), Motorola SSTG (Doc. 432), 21st Century Environmental Management of Nevada, LLC (Doc. 433), Brasscraft Manufacturing Company (Doc. 434), Brass Craft Western Co. (Doc. 435), Central Hudson Gas & Electric Corp. (Doc. 436), City of St. Louis, Missouri (Doc. 437), FLSmidth USA, Inc. d/b/a Excel Foundry and Machine (Doc. 438), H&H Iron and Metal, Inc. (Doc. 439), Integrity Metals Inc. (Doc. 440), and Williams Mobile (Doc. 441) |
| 06/21/2018 | 467 | Seville Bronze (Doc. 444), Wyoming Recycling (Doc. 445), Mayo Clinic (Doc. 446), Vertical Turbine Specialists (Doc. 447), Payne Auto Parts (Doc. 448), Micron Industries Corporation (Doc. [449}), Woonsocket Auto (Doc. 450), Myrtle Beach Scrap Metal (Doc. 451), Allen Avenue Auto Salvage (Doc. 452), U.S. Zinc Corporation (Doc. 453), U.S. Trading (Doc. 454), Allied Scrap (Doc. 455), Pechiney World Trade (Doc. 456), Reflective Recycling, Inc. (Doc. 457), Rohanna Iron (Doc. 458), Heilmann Salvage (Doc. 463), Rayloc Division (Doc. 464), Raven Wire Co. (Doc. 465), and Plant Reclamation (Doc. 466) |
| 06/28/2018 | 494 | Houston Screw Products Inc. (Doc. 469), Jack Gray Trucking (Doc. 470), Kim-Kool, Inc. (Doc. 471), Kim's Radiator and Manufacturing Co., Inc. (Doc. 472), Neal Scrap (Doc. 480), Nebraska Public Power District (Doc. 481), Horne Heating & Cooling (Doc. 483), J&S Metals (Doc. 484), Jacque Consenz, LLC (Doc. 485), LML Car Crush (Doc. 486), Methode Electronics, Inc. (Doc. 487), Universal |

| | | |
|---|---|---|
| | | Salvage (Doc. 488), Can Man (Doc. 489), Grande Vista (Doc. 490), Marubeni America (Doc. 491), MR Stratford Baling, LLC (Doc. 492) and Raff's Recycling (Doc. 493) |
| 07/05/2018 | 508 | Arizona Public Service Company (Doc. 496), City of Grand Prairie, Texas (Doc. 497), Dana Radiator (Doc. 498), Hubbell Power Systems, Inc. (Doc. 499), Metal Ventures, Inc. (Doc. 500), Rochester Iron (Doc. 501), Hildreth Mfg. LLC (Doc. 502), South Lamar Iron & Steel Co. (Doc. 503), Venture Metals, LLC (Doc. 504), International Wire Inc. (Doc. 505), Aviva Metals, Inc. (Doc. 506) and Sierra Iron & Metal Co. (Doc. 507) |
| 07/12/2018 | 519 | ORDER: Plaintiff Chemetco Site PRP Group has filed Notices of Voluntary Dismissal with prejudice as to Defendants Blaine Window Hardware Inc. (Doc. 509), City of Phoenix, Arizona (Doc. 510), Kirkwood Holding, Inc. (Doc. 511), Nixon Power Services (Doc. 512), Toledo Commutator Company (Doc. 513), Cardinal Health, Inc. (Doc. 514), Hartman Hide & Fur Company, Inc. (Doc. 515), Mayer Alloys Corporation (Doc. 516), Ultra Stamping & Assembly, Inc. (Doc. 517) and CR&R, Inc. (Doc. 518) |
| 07/19/2018 | 543 | Ettkin Scrap Iron & Metal Co. (Doc. 520), L&S Metals (Doc. 521), Action Recycling (Doc. 528), Canfield Quality (Doc. 529), CNA Metals Limited (Doc. 530), Falcon Foundry (Doc. 531), Highland Recycling and Shredding, Inc. (Doc. 532), Hitchiner Manufacturing Co., Inc. (Doc. 533), OFallon Casting, LLC (Doc. 534), Prestolite Wire (Doc. 535), Johns Auto Parts of Bunnell, Inc. (Doc. 536), Ecology, Inc. (Doc. 537), Wrights Scrap Metals Inc. d/b/a Wrights Scrap & Recycling (Doc. 538), Howies Recycling Center, Inc. (Doc. 539), Professional Plumbing Corp. (Doc. 540), U-Metco Inc. (Doc. 541) and Karr Parts (Doc. 542) |
| 07/26/2018 | 558 | Kearny Smelting & Refining Company (Doc. 545), Accurate Bronze Bearing Co. (Doc. 546), B. Clinkston & Sons (Doc. 547), Kohne Salvage (Doc. 548), Norfolk Iron (Doc. 549), Sikora Metals, Inc. (Doc. 550), Sol Walker & Co. (Doc. 551), Flury Foundry Company (Doc. 555), Vulcan Materials (Doc. 556) and Toyomenja (Doc. 557) |
| 08/09/2018 | 575 | Major Iron & Metal (Doc. 560), Josh Steel Co. (Doc. 561), Algonquin Industries, Inc. (Doc. 562), Elgin Recycling, Inc. (Doc. 563), Consolidated Edison Company of New York, Inc. (Doc. 564), John Deere (Doc. 565), J.E. Kodish & Sons, Inc. (Doc. 566), Kennametal Inc. (Doc. 567), McNew Salvage (Doc. 568), Rea Magnet Wire Company, Inc. (Doc. 569), Rea Magnet Wire Company, Inc. (Doc. 570), Schupan & Sons Inc. (Doc. 571), R&R Metal Co., Inc. (Doc. 572), Levand Steel & Supply Corporation (Doc. 573) and TLK Industries, LLC (Doc. 574) |
| 08/16/2018 | 585 | Eco Resources, Inc. (Doc. 570), Borchers Americas Inc. (Doc. 576), White Bluff (Doc. 577), Federal Iron & Metal Inc. (Doc. 578) and Space Tech (Doc. 579) |

| | | |
|---|---|---|
| 08/23/2018 | 599 | Strategic Metals Corporation d/b/a Robert K. Kurtz Company (Doc. 587), All Grade Metal Recycling of South Dade, Inc. (Doc. 588), Gulf Coast Scrap Metal, Inc. (Doc. 592), Stewart EFI, LLC (Doc. 593), United Iron and Metal (Doc. 594), Pull & Save Auto Parts Inc. (Doc. 595), Spaldings Inc. d/b/a Pull & Save Auto Parts (Doc. 596), Patterson Iron (Doc. 597) and Avalon Precision Casting Company, LLC d/b/a Avalon Precision Metalsmiths (Doc. 598) |
| 09/04/2018 | 608 | Todd Systems, Inc. (Doc. 601), Utah Metal Works, Inc. (Doc. 602), Deltec, Inc. (Doc. 603), American Compressed Steel Corp. (Doc. 604), Metro Water Services (Doc. 605), and Courtney Car (Doc. 606) |
| 09/13/2018 | 615 | Alpert & Alpert Iron & Metal, Inc. (Doc. 610), Eastern Product Foundry, Inc. (Doc. 611), McHenry Brass, Inc. (Doc. 612) and Vista Metals (Doc. 613) |
| 09/20/2018 | 621 | Consolidated Resources, Inc. (Doc. 618) and BMB Crushing (Doc. 620) |
| 09/27/2018 | 633 | Nordyne Inc. (Doc. 623), Holland Electric Salvage (Doc. 624), The G.A. Avril Company (Doc. 630) and Lenox Metals, LLC (Doc. 631) |
| 10/05/2018 | 642 | ABC Radiator & Air, Inc. (Doc. 637), Boggs Auto Parts (Doc. 639) and R&R Industries, Inc. (Doc. 640) |
| 11/01/2018 | 666 | North Lapeer Recycling, Inc. (Doc. 644), Suffolk County Water Authority (Doc. 645), Aaron Metals Company (Doc. 646), Bethlehem Apparatus Company, Inc. (Doc. 647), South Post Oak Recycling Center LLC (Doc. 648), Azcon Corp. (Doc. 649), Azcon Scrap (Doc. 650), DBI Inc. d/b/a Utilities & Industries (Doc. 653), Mansfield Plumbing Products LLC (Doc. 654), Oakes Foundry, Inc. (Doc. 655), C.A. Zimmer, Inc. (Doc. 663) and Conservation (Doc. 665) |
| 11/08/2018 | 685 | Duncan Electronics Division (Doc. 668), Pick A Part Auto Wrecking, L.P. (Doc. 669), Monterey Iron (Doc. 675), Lewis Metals (Doc. 679), Midwest Iron & Metal Co., Inc. (Doc. 680), Strone Investments, L.C. d/b/a A-Line Iron & Metals (Doc. 681), Leaf Sales Inc. (Doc. 682), Metalsco Inc. (Doc. 683) and Rusk Metal Company, Inc. (Doc. 684) |
| 11/29/2018 | 716 | API Heat Transfer Inc. (Doc. 690), Tullis Metals (Doc. 692), Grape Sales Inc. (Doc. 698), Mississippi Power & Light (Doc. 699), Georgia Power (Doc. 700), Smith Iron & Metal Co. Inc. (Doc. 701), Quality Metals, Inc. (Doc. 702), Texas Iron & Metal (Doc. 703), Electrical Components International, Inc. (Doc. 705), Noma A&E (Doc. 706), Aurora Metals Division, LLC (Doc. 707), Railway & Industrial Services Inc. (Doc. 708), Brass Brother (Doc. 709), City Scrap & Salvage Co., Inc. (Doc. 710), Spring City Salvage Co. (Doc. 711), and Standard Scrap Metal/Eigen Scrap Metal & Alloy Co. (Doc. 712) |
| 12/10/2018 | 730 | Storm Products (Doc. 721), Teledyne Reynolds Inc. (Doc. 722), Bay Side Recycling Inc. (Doc. 723), Leder Brothers Company (Doc. |

| | | |
|---|---|---|
| | | 724), Acme Scrap Inc. (Doc. 727) and Hi Temp Alloy Processors & Brokers, L.P. (Doc. 728) |
| 01/03/2019 | 747 | Aaromet Metal Recycling, LLC (Doc. 732), Joseph Krash Metal Company, LLC (Doc. 733), Reuters (Doc. 734), Hallmark Metals Corp. (Doc. 735), Moeller Products Company, Inc. (Doc. 736), Moeller Manufacturing Co., Inc. (Doc. 737), Entergy Services, Inc. (Doc. 738), Pelco Systems (Doc. 739), Nation Salvage (Doc. 741), West Allis Sales (Doc. 742) and Riva Services, Inc. (Doc. 743) |
| 01/25/2019 | 823 | Storm Manufacturing Group, Inc. (Doc. 754),Miller Metals (Doc. 767),One Earth Recycling, Inc. d/b/a California Metals (Doc. 768),Flextronics International USA, Inc. (Doc. 769), andShapiro Bros. of Illinois, Inc. d/b/a Milano Metals and Recycling (Doc. 781) |
| 02/06/2019 | 894 | Baker Metals (Doc. 830), Pick Your Part (Doc. 831), JTs Salvage Co. (Doc. 848 and 857), Norris Iron & Metal, Inc. (Doc. 862), |
| 02/25/2019 | 1355 | Ocean State Metals, Inc. (Doc. 907),RotoMetals, Inc. (Doc. 908), Gunther Electronics, Inc. (Doc. 965), Zircon Precision Inc. (Doc. 966), CME Wire & Cable, Inc. (Doc. 985), Gunther Electronics, Inc. (Doc. 986), R&R Metals Recycling Inc. (Doc. 987), Cumberland Recycling Corporation of South Jersey (Doc. 990), Amerway, Inc. (Doc. 1000), City of Duluth, Minnesota (Doc. 1002), and Harsip Bros., Inc (Doc. 1005) |
| 02/25/2019 | 1371 | Montclair Bronze, Inc. (Doc. 1021), Toko Trading Corporation (Doc. 1022), Millennium Recycling LLP (Doc. 1024), and Univertical LLC (Doc. 1026) |
| 03/01/2019 | 1573 | Bick Group (Doc. 1093), Hart Heat Transfer Products, Inc. d/b/a Hart Radiators (Doc. 1095), Libby Owens Ford (Doc. 1097), Recycling Coordinators, Inc. (Doc. 1099), and Wharton Enterprises (Doc. 1101) |
| 03/01/2019 | 1582 | Applied Waste Management, Inc. (Doc. 1550), Garden Street Iron & Metal, Inc. (Doc. 1551), Hasco (Doc. 1552), Leth & Son Salvage (Doc. 1553), Hawk Steel Industries, Inc. (Doc. 1554), Motan-Colortronic GMBH (Doc. 1555), Self Recycling, Inc. (Doc. 1556), AT Designs Insignia Inc. (Doc. 1565), DMD Systems Recovery, Inc. (Doc. 1566), Hasser Enterprises, Inc. (Doc. 1567), Lafayette Tool and Die, Inc. (Doc. 1568), and Northland Recycling (Doc. 1569), |

Plaintiff's claims against all other Defendants have been previously dismissed **without prejudice**.  Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: March 4, 2018**

**MARGARET M. ROBERTIE, Clerk**

By: **s/ Stacie Hurst**
**Deputy Clerk**

**APPROVED: s/ Staci M. Yandle**
             **STACI M. YANDLE**
             **United States District Judge**